IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**GLICENIA C. LOGAN**                                                                                    **PLAINTIFF**

V.                              CASE NO. 2:25-CV-2149

**DONALD TRUMP, President of the United States;**
**MARCO RUBIO, Secretary of State;**
**JD VANCE, President of the Senate;**
**JOHN G. ROBERTS, JR., Chief Justice of the**
**United States Supreme Court; and**
**THE UNITED STATES GOVERNMENT**
**(Executive, Legislative, and Judicial Branches)**                              **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 4) filed on November 17, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Plaintiff's Complaint is **DISMISSED** as barred by the filing restriction placed on her in the case of *Logan v. Sky Rise Real Estate Fund, LLC, et al.*, Civil No. 2:21-cv-02063. (ECF No. 42).

**IT IS FURTHER ORDERED** that the Motion to Proceed IFP (Doc. 2) is **DENIED** as moot. The Clerk is **DIRECTED** to enter a restricted filer flag for Glicenia C. Logan in this District.

**IT IS SO ORDERED** on this 8th day of December, 2025.

                                                                    */s/ Timothy L. Brooks*_____
                                                                    TIMOTHY L. BROOKS
                                                                    CHIEF UNITED STATES DISTRICT JUDGE